FILED

MAY 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JORDAN HUFF; MARCUS MAJOR,

Defendants - Appellants.

Nos. 12-10281
12-10282

D.C. No. 1:07-cr-00156-LJO

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted May 14, 2013[**]

Before:     LEAVY, THOMAS, and MURGUIA, Circuit Judges.

   In these consolidated appeals, Jordan Huff and Marcus Major appeal from

their sentences imposed by the district court following remand. We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

   Huff and Major contend that the district court erred in its interpretation of

---

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

the scope of our remand when it declined to conduct a plenary resentencing hearing. We review the district court's compliance with a mandate from this court de novo. *See United States v. Perez*, 475 F.3d 1110, 1112 (9th Cir. 2007). The district court properly complied with the terms of the mandate to resentence Huff and Major using one of the brandishing counts as the first conviction.

**AFFIRMED.**